UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

CASE NO. 1:06-md-01789-JFK-JCF

_____

MARY ELLEN POTGIETER,

CASE NO. 1:07-cv-5938

v.

MERCK & CO., INC.,

_____

## NOTICE OF APPEARANCE

COMES NOW Jacquelyn S. Holden, of the Law Offices of Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A., and files this Appearance as Attorney of Record for the Plaintiffs herein.

I HEREBY CERTIFY that on August 17, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

KRUPNICK, CAMPBELL, MALONE, BUSER,
 SLAMA, HANCOCK, LIBERMAN & MCKEE
Attorneys for Plaintiff
700 S.E. 3 Avenue
Courthouse Law Plaza, Suite 100
Ft. Lauderdale, FL  33316
(954) 763-8181
FAX (954) 763-8292
jholden@krupnicklaw.com

BY:  /s/ *Jacquelyn S. Holden*
        Jacquelyn S. Holden (JH7473)