UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
IN RE: Fosamax Products Liability          :
Litigation, 1:06-md-1789   (JFK)           :       Order
-----------------------------------------------------------------x
This Document Relates to:  All Actions     :
                                           :
-----------------------------------------------------------------x
```

**JOHN F. KEENAN, United States District Judge:**

      Section 2(a) of the Court's practices generally requires a pre-motion conference before a party may make any motion.  This requirement is hereby waived with respect to motions to remand filed in this multi-district litigation because the jurisdictional issues typically raised by such motions can be resolved more efficiently without a conference.  Accordingly, it is ORDERED that plaintiffs may file motions to remand without first requesting a pre-motion conference.

SO ORDERED.

Dated:    New York, New York
           November 14, 2007

                                       */s/ John F. Keenan*
                                        JOHN F. KEENAN
                                United States District Judge

*DOCUMENT ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 11-14-07*