# UNITED STATES DISTRICT COURT

_____SOUTHERN_____    DISTRICT OF    _____NEW YORK_____

**APPEARANCE**

Mary Ellen Potgieter,

     Plaintiff,               MASTER FILE: 1:06-MD-1789-JFK-JCF

                                  Case No.: 1:07-cv-5938

v.

Merck & Co., Inc.,

     Defendant.

To the clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

| |
|---|
| Plaintiff, Mary Ellen Potgieter |

     I certify that I am admitted to practice in this court.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this _18_ day of December, 2007, using the Court's CM/ECF system, which will notify all counsel of record.

Meghan M. Tans, Florida Bar No. 0888745
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax